# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Roberta Dilallo

                        Plaintiff,

v.                                                     Case No.: 1:16–cv–00051
                                                            Honorable Samuel Der–Yeghiayan

Miller and Steeno, P.C., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2016:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 11/02/16 at 9:00 a.m. As stated on the record, Plaintiff is given until 09/07/16 to file it brief and Defendants are given until 09/21/16 to file its brief. In the event the parties believe a settlement conference with the Court would useful, counsel are directed to follow this Court's settlement conference procedures as outline on this Court's web page. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.