# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Roberta Dilallo

                Plaintiff,

v.                                     Case No.: 1:16−cv−00051

                                     Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

     MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 02/23/17 at 9:00 a.m. As stated on the record, Plaintiff's motion to compel [79] is stricken as moot. Defendant LVNV's motion to dismiss [81] is entered and continued. Plaintiff's response shall be filed by 01/20/17 and Defendant LVNV's reply shall be filed by 02/10/17. Plaintiff's motion to enforce [84] is stricken as moot. Defendant Miller and Steno's motion for joinder [86] is granted. Plaintiff's renewed motion to certify class [87] is entered and continued. As previously stated, Defendants' responses to motion to certify class shall be filed by 01/20/17 and and Plaintiff's replies shall be filed by 02/10/17. The parties' request for a referral to the Magistrate Judge for a settlement conference is granted. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.