## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Roberta Dilallo

                        Plaintiff,

v.                                                      Case No.: 1:16–cv–00051

                                                     Honorable Samuel Der–Yeghiayan

Miller and Steeno, P.C., et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: Settlement Conference. (mw,) Mailed notice.

Dated: November 2, 2016

                                                                                      /s/ Samuel Der–Yeghiayan

                                                                                      United States District Judge