# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Roberta Dilallo
                                  Plaintiff,

v.                                                          Case No.: 1:16−cv−00051
                                                               Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable Jeffrey Cole: Preliminary settlement conference held in chambers. The parties have agreed to the following schedule: A settlement conference will be held on January 11, 2017 at 10:30 a.m. in courtroom 1003. By agreement, the attendance of the class representative is excused but she must be available by telephone. Statuses are set for December 6, 2016 at 9:00 a.m. and January 5, 2017 at 9:00 a.m. in courtroom 1003 to ascertain the parties' progress towards settlement. Counsel for the parties should review carefully the court's standing order for settlement conference that appears on the court's website. That order shall govern the settlement conference and informs counsel of what is required and expected of them. Of course, parties to litigation cannot be forced to settle. G. Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir.1989) (en banc); Goss Graphics Sys., Inc. v. Dev Indus., Inc., 267 F.3d 624, 627 (7th Cir. 2001); United States v. LaCroix, 166 F.3d 921, 922 (7th Cir. 1999). There is substantial value to all parties in attempting to resolve the case in its early stages. A settlement at an early stage before positions harden and legal fees and costs needlessly accrue should always be attempted, and counsel in this case are to be commended for their recognition of this indisputable fact. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.