UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roberta Dilallo
                        Plaintiff,

v.                                           Case No.: 1:16−cv−00051
                                            Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2016:

       MINUTE entry before the Honorable Jeffrey Cole: Status hearing held. Status hearing date of 1/5/2017 is stricken. Settlement conference date of 1/11/2017 shall stand and plaintiff need not appear but must be available by phone.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.