## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTA DILALLO, individually and on behalf of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | Case No.  16-cv-51 |
| v. | ) ) | Magistrate Judge Cole |
| MILLER AND STEENO, P.C., and LVNV FUNDING LLC, | ) ) ) | |
| Defendants. | ) ) ) | |

### DEFENDANTS MILLER AND STEENO, P.C. AND LVNV FUNDING, LLC'S
### MOTION TO RESET SETTLEMENT CONFERENCE

Defendants Miller and Steeno, P.C. and LVNV Funding, LLC, (collectively "defendants") by one of their attorneys respectfully request that this Honorable Court reset the date of the settlement conference. In support of this motion, defendants state as follows:

1.      The *Dilallo v. Miller and Steeno*, *et. al* (16-cv-51) matter and the *Strader v. Miller and Steeno*, *et. al* (16-cv-5199) matter were consolidated pursuant to this Court's November 29, 2016 and December 1, 2016 Orders [16-cv-51, Dkt. 95; 16-cv-5199, Dkt. 42].

2.      Pursuant to this Court's November 2, 2016 Order [16-CV-51, Dkt. 92] and December 6, 2016 Order [16-cv-51, Dkt. 96], the *Dilallo* matter is set for settlement conference before Magistrate Judge Cole on January 11, 2017.

3.      Pursuant to this Court's December 1, 2016 and December 6, 2016 Order [16-cv-5199, Dkt. 43 and 44], the *Strader* matter is set for settlement conference before Magistrate Judge Cole on January 11, 2017.

4.      The *Dilallo* defendants include (1) Miller and Steeno, P.C. and (2) LVNV Funding, LLC.

5.      The *Strader* defendants include (1) Miller and Steeno, P.C., (2) Ronald C. Miller, (3) LVNV Funding, LLC, (4) Resurgent Capital Services, L.P., and (5) Alegis Group, LLC.

6.      Defendants received plaintiffs' initial settlement demand from the *Dilallo* counsel on November 2, 2016. In this demand, plaintiffs requested a debt write-off of approximately $600,000. While defendants were in the process of evaluating this demand, specifically the debt portion, plaintiffs' counsel advised that he was withdrawing his demand.

7.      Defendants received plaintiffs' joint settlement demand on December 2, 2016. In this demand, plaintiffs requested a debt write-off of approximately $2,000,000. Defendants are in the process of preparing a settlement offer to this demand, specifically the debt portion.

8.      Due to numerous moving parts inherent with this many defendants and this type of matter, defendants have not yet reached an agreement amongst defendants as to a settlement position or a counter-offer to plaintiffs' demand, specifically regarding the net debt write-off and the potential for one of the defendants to have to indemnify the others.

9.      Despite differences amongst defendants, the defendants continue to move forward diligently with attempts to develop a unified settlement offer to plaintiffs' demand.

10.     If the January 11, 2017 settlement conference goes forward, defendants' counsel will not have appropriate authority with which to settle this matter.

11.     Swanson, Martin & Bell, LLP has been involved in numerous single-plaintiff and class action settlements with the Edelman, Combs, Latturner & Goodwin, LLC firm with the intervention of the court over the past years. All of these settlement conferences successfully resolved those disputes. Swanson, Martin & Bell, LLP would like to maintain that success rate.

12.     Resetting the settlement conference to a date in February 2017 would best utilize judicial resources.

2

13.     It is in the best interest of this Court and the parties if the settlement conference be reset for a date in February 2017.

14.     Defendants believe that if the settlement date is reset for a date in February 2017, defendants would be prepared to make an offer at that time in accordance with this Court's standing orders pertaining to settlement conferences.

15.     The defendants respectfully request that the settlement conference be reset to a date in February 2017.

16.     This motion has not been filed for the purpose of undue delay. No prejudice will result to Plaintiffs by the granting of this motion.

WHEREFORE, defendants Miller and Steeno, P.C. and LVNV Funding, LLC respectfully request that this Honorable Court reset the date of the settlement conference and for any such further relief as this Court deems just and appropriate.

Respectfully submitted,

By:        /s/*Emily J. Fitzgerald*
Counsel for defendant Miller and Steeno, P.C.

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Defendants Miller and Steeno, P.C. and LVNV Funding, LLC's Motion to Reset Settlement Conference and its corresponding Notice of Motion was served upon all counsel of record via the Court ECF system, this 5th day of January 2017.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.


       /s/*Emily J. Fitzgerald*

4