UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roberta Dilallo

        Plaintiff,

v.                Case No.: 1:16−cv−00051
                Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 6, 2017:

   MINUTE entry before the Honorable Jeffrey Cole: This case and a related case are set for a settlement conference on 1/11/2017, the date chosen by the parties. Yesterday, the defendants filed a motion to continue the settlement conference to a date in February that "would best utilize judicial resources" paragraph 12. The reason given in the motion is that the multiple defendants had not been able to obtain settlement authority and are in the process of preparing a settlement offer to the plaintiffs current and substantial demand. In light of these facts it will serve no purpose to hold the settlement conference on 1/11/2017. Defendants' motion to reset the settlement conference [97] is granted. Both sides are reminded of the requirement of Local Rule 5.2(d)−− which the plaintiff has not complied with. This requirement as well as others are set forth in my standing orders which all counsel are obligated to comply with. Despite the granting of this motion, counsel are to appear on 1/9/2017 at 9:00 am in Courtroom 1003 at which time a new settlement conference date will hopefully be scheduled. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.