UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roberta Dilallo

                        Plaintiff,

v.                                         Case No.: 1:16–cv–00051
                                          Honorable Samuel Der–Yeghiayan

Miller and Steeno, P.C., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 9, 2017:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing held. Settlement Conference date of 1/11/2017 is reset, at the defendants' request, to 2/21/2017 at 11:00 AM. The parties are directed to submit their position statements by 2/15/2017 and, as discussed in court, the Local Rules must be abided by, by all parties. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.