## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Roberta Dilallo

                          Plaintiff,

v.                                                 Case No.: 1:16−cv−00051

                                                                  Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2017:

      MINUTE entry before the Honorable Jeffrey Cole:Settlement conference held and continued to 3/9/2017 at 09:30 AM. The court wishes to thank counsel for both sides for their effort and continued commitment to the settlement process. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.