IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTA DILALLO,<br>on behalf of plaintiff and the class<br>members described below | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No. 16-cv-51 |
| vs. | )<br>) | Judge Samuel Der-Yeghiayan |
| MILLER AND STEENO, P.C.,<br>RONALD C. MILLER;<br>LVNV FUNDING, LLC;<br>RESURGENT CAPITAL SERVICES, L.P.;<br>and ALEGIS GROUP LLC; | )<br>)<br>)<br>)<br>)<br>) | Magistrate Judge Cole |
| Defendants. | ) | |
| MAURICE STRADER on behalf of<br>plaintiff and a class, | )<br>)<br>) | |
| Plaintiff, | )<br>) | No. 16-cv-05199 |
| v. | )<br>) | Judge Der-Yeghiayan |
| | )<br>) | Magistrate Judge Cole |
| MILLER AND STEENO, P.C.,<br>RONALD C. MILLER, LVNV<br>FUNDING LLC, REUGURGENT<br>CAPITAL SERVICES, L.P., and<br>ALEGIS GROUP LLC | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiffs Roberta Dilallo and Maurice Strader through their attorneys Edelman, Combs, Latturner & Goodwin, LLC, and Warner Law Firm, LLC, hereby inform this Court that the parties have reached a class-wide global settlement in the above referenced actions which will resolve the cases in their entirety. The parties require additional time to draft the Class

Action Settlement Agreement and related documents which will require Court approval and a Preliminary Approval Hearing. The parties expect to complete the settlement documents and to file a Notice of Motion for Preliminary Approval within the next 45 days. Plaintiffs request that this Court strike all pending dates.

The parties are currently scheduled to appear before Magistrate Judge Cole on March 9, 2017, at 9:30 am for a second settlement conference and specifically ask that this date be stricken.

Respectfully submitted,

s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY., Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warner.legal

## CERTIFICATE OF SERVICE

    I, Cassandra P. Miller, hereby certify that on March 8, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon the following:

Joseph Paul Kincaid
Email: jkincaid@smbtrials.com

Emily Jean Fitzgerald
Email: efitzgerald@smbtrials.com

Michael P. Steeno
Email: msteeno@millersteeno.com

Nabil G. Foster
Email: nfoster@hinshawlaw.com

Lindsey A.L. Conley
Email: lconley@hinshawlaw.com

                                                   s/Cassandra P. Miller
                                                   Cassandra P. Miller