UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roberta Dilallo

                      Plaintiff,

v.                                                     Case No.: 1:16−cv−00051

                                                          Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 9, 2017:

      MINUTE entry before the Honorable Jeffrey Cole: A settlement conference was held on 2/21/17 and rescheduled to 3/9/17. The parties called this morning to say the case was settled. The parties and their counsel are to be congratulated for resolving the case short of a trial. All matters relating to the referral having been accomplished, the referral is closed and the case returned to Judge Der−Yeghiayan. Judge Honorable Jeffrey Cole no longer referred to the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.