UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Roberta Dilallo
                                  Plaintiff,

v.                                                 Case No.: 1:16−cv−00051
                                                        Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.
                                  Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2017:

       MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel reported on the parties' global class−wide settlement. Status hearing set for 5/4/17 at 9:00 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.