## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Roberta Dilallo

                        Plaintiff,

v.                                            Case No.: 1:16−cv−00051

                                                          Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2017:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/16/17 at 9:00 a.m. Counsel advised the Court that the parties have reached a settlement and are finalizing proposed class settlement documents. Plaintiff&#039;s motion for leave to file a consolidated complaint [106] is granted. Defendants' responsive pleading to the consolidated complaint is stayed based upon the parties reaching a resolution. Defendant LVNV Funding, LLC's motion to dismiss Plaintiff's Amended Complaint [81] is stricken as moot. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.