**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Roberta Dilallo
                            Plaintiff,

v.                                           Case No.: 1:16−cv−00051
                                           Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/30/17 at 9:00 a.m. Counsel appeared and reported to the Court that they will be filing a motion for approval of settlement and class notification. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.