IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERTA DILALLO, MAURICE STRADER ) <br> and LUIS TORRES, on behalf of plaintiffs ) <br> and a class, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MILLER AND STEENO, P.C., and ) <br> RONALD C. MILLER, LVNV FUNDING LLC, ) <br> RESURGENT CAPITAL SERVICES, L.P. and ) <br> ALEGIS GROUP LLC, ) <br> ) <br> Defendants. ) | Case No. 16-cv-51 <br><br> Honorable Judge Der-Yeghiayan <br><br> Honorable Magistrate Judge Cole |

## AGREED MOTION TO RESET CLASS SETTLEMENT DATES

Plaintiffs Roberta Dilallo, Maurice Strader, and Luis Torres, through their counsel and Defendants Miller and Steeno, P.C., Ronald C. Miller, LVNV Funding, LLC, Resurgent Capital Services, L.P., and Alegis Group LLC, through their counsel respectfully request that this Honorable Court reset certain class settlement dates. In support thereof, the parties state as follows:

1. Due to a docketing error, the class notices were not sent out by September 21, 2017.

2. Counsel for the parties have discussed this issue and are working with the class administrators to resolve it.

3. The class administrators estimate that they can send the notices to the class members by November 10, 2017.

4. The parties propose that the following dates be amended:

    a. **Notices to Class Members**: the proposed Class Notice shall be mailed to the last known address of the class members as shown on Defendant's records on or before November 10, 2017. Class Administrator First Class, Inc. will have the notice sent by any form of U.S. Mail providing forwarding addresses.

    b. **Objection/Exclusion Deadline**: class members have until January 10, 2018, to complete and postmark a request to be excluded from the proposed settlement or to object to the proposed settlement. A request for exclusion must be in writing and state information, including the name, address, and phone number of the person(s) or entity seeking exclusion. The request must be mailed to the Class Administrator at the address provided in the Class Notice and received by January 10, 2018. A request for exclusion that does not include all of the foregoing information, or that is sent to an address other than the one designated in the Class Notice, or that is not received within the time specified shall be invalid and the person(s) serving such request shall remain a Class Member and shall be bound as a Class Member by the Settlement, if approved. The Class Administrator shall forward copies of all requests for exclusion to Counsel for Defendants no later than January 17, 2018.

    c. **Attorney Appearance Deadline**: If any class member chooses to hire its own attorney, aside from class counsel, that attorney must file an appearance by February 9, 2018.

5. A proposed revised Class Notice is attached hereto as Exhibit 1.

6. The parties believe that the timeline set forth above will provide the potential class members adequate time to complete the items above.

7. The parties believe that the matter will still be able to proceed with a fairness hearing at 9:00 a.m. on March 15, 2018, as previously scheduled. [Dkt. 115.]

8. This motion has not been filed for the purpose of undue delay. No prejudice will result to the plaintiffs or class members by the granting of this motion.

9. The parties respectfully request this Court approve the proposed revised class notice to reset the deadlines for notices to class members, objection/exclusions by class members, and attorney appearances.

WHEREFORE, Plaintiffs Roberta Dilallo, Maurice Strader, and Luis Torres, through their counsel and Defendants Miller and Steeno, P.C., Ronald C. Miller, LVNV Funding, LLC, Resurgent Capital Services, L.P., and Alegis Group LLC, respectfully request that this Honorable Court:

     A. Approve the proposed revised class notice;

     B. Reset the deadline for sending class notices to November 10, 2017;

     C. Reset the dates for class members to object to the settlement to January 10, 2018;

     D. Reset the date for class members to exclude themselves from the settlement to January 10, 2018;

     E. Reset the deadline for class members to file appearances by their own counsel to February 9, 2018; and

     F. For any such further relief as this Court deems just and appropriate.

Respectfully submitted,

By:    /s/*Emily J. Fitzgerald*
Counsel for defendant Miller and Steeno, P.C., in the *Dilallo* matter and all defendants in the *Strader* matter

Joseph P. Kincaid—ARDC No. 6202639
Emily J. Fitzgerald—ARDC No. 6305923
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave. Suite 3400
Chicago, Illinois 60611
jkincaid@smbtrials.com
efitzgerald@smbtrials.com
Office: (312) 321-9100
Fax:    (312) 321-0990

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Motion to Reset Class Settlement Dates and its corresponding Notice of Motion was served upon all counsel of record via the Court ECF system, this 31st day of October 2017.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

        /s/*Emily J. Fitzgerald*