UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Roberta Dilallo
                Plaintiff,

v.                                   Case No.: 1:16−cv−00051
                                          Honorable Samuel Der−Yeghiayan

Miller and Steeno, P.C., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2017:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Motion hearing held on motion to amend class settlement dates. Motion [119] is granted. Deadline for sending class notices is extended to 11/10/17. Class members must object to the settlement by 1/10/18. Deadline for class members to exclude themselves from the settlement is 1/10/18. Deadline for class members to file appearances by their own counsel is 2/9/18. The previously set status hearing of 3/15/18 at 9:00 a.m. will stand. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.