**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Roberta Dilallo

                           Plaintiff,

v.                                                     Case No.: 1:16−cv−00051
                                                        Honorable Andrea R. Wood

Miller and Steeno, P.C., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 23, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: In light of the reassignment of this case to Judge Wood, the final approval hearing for the class action settlement shall be held before Judge Wood in Courtroom 1925 on the previously−set date of March 15, 2018 at 9:00 AM. On the date of the hearing, the Court will post signs directing interested persons from Judge Der−Yeghiayan's courtroom to the new location. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.