UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Roberta Dilallo
        Plaintiff,

v.                 Case No.: 1:16–cv–00051
                Honorable Andrea R. Wood

Miller and Steeno, P.C., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 15, 2018:

   MINUTE entry before the Honorable Andrea R. Wood: Final Approval hearing held. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, the Court approves the class action settlement. This action is dismissed with prejudice. The parties shall submit a word version of their proposed Order Granting Final Approval of Class Settlement to the Court's Proposed Order emailbox at Proposed_Order_Wood@ilnd.uscourts.gov within 24 hours. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.